WR-84,275-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/1/2015 2:11:46 PM
Accepted 12/2/2015 9:44:46 AM
ABEL ACOSTA
CLERK

NO. _____

EX PARTE

LAWRENCE RAY DIRDEN II

RECEIVED
COURT OF CRIMINAL APPEALS
12/2/2015
ABEL ACOSTA, CLERK

## IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF TEXAS

## DEFENDANT'S MOTION FOR LEAVE TO FILE

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now Lawrence Ray Dirden II, applicant in the above-entitled and numbered cause, and respectfully moves this Court pursuant to Texas Rule of Appellate Procedure 72.1 to grant leave to file the accompanying original petition for writ of habeas corpus.

Respectfully submitted,

By: /s/ Cole B. Combs
Richard R. Burroughs
Texas Bar No. 03464800
Cole B. Combs
Texas Bar No. 24097595
Email: cole@rburroughslaw.com
209 E. Hanson
P.O. Box 1676
Cleveland, Texas 77328-1676
Tel. (281) 592-5234
Fax. (281) 592-1029
Attorney for Lawrence Ray Dirden II

NO. _____

EX PARTE

LAWRENCE RAY DIRDEN II

IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF
TEXAS

**DEFENDANT'S PETITION FOR WRIT OF HABEAS CORPUS**

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL
APPEALS:

LAWRENCE RAY DIRDEN II, petitioner, files this petition for writ of
habeas corpus. In support of this motion, applicant shows the Court the
following:

1.  Applicant is currently being illegally restrained in his liberty due
    to the actions of District Judge Kelly W. Case and District Judge
    Lisa Michalk, respondents.

2.  Applicant is being restrained by virtue of an arrest warrant issued
    by District Judge Kelly W. Case, based on the Montgomery County
    District Attorney's motion to revoke probation, a copy of which is
    attached to this petition as Exhibit A.

3.  This restraint is unlawful because on 10 NOVEMBER 2015 the
    undersigned counsel filed a motion for a prompt revocation hearing,

in accordance with Article 42.12, § 21(b) of the Texas Code of Criminal Procedure. The 20 day deadline to hold a revocation hearing has now passed, yet Petitioner is still being held.

4. Petitioner filed an original petition for writ of habeas corpus in the 9th District Court which was denied by District Judge Lisa Michalk on 01 DECEMBER 2015, a copy of which is attached as Exhibit B.

5. The petitioner is entitled to habeas corpus relief based on the facts alleged in this application because the Court is compelled by law either hold a hearing within the 20 day window or release Petitioner. *Aguilar v. State*, 621 S.W.2d 781, 785 (Tex. Crim. App. 1981).

WHEREFORE, petitioner prays that this Court grant this application for writ of habeas corpus and order petitioner discharged from the illegal restraint he is currently suffering.

Respectfully submitted,

By: /s/ Cole B. Combs
Richard R. Burroughs
Texas Bar No. 03464800
Cole B. Combs
Texas Bar No. 24097595
Email: cole@rburroughslaw.com
209 E. Hanson
P.O. Box 1676

Cleveland, Texas 77328-1676
Tel. (281) 592-5234
Fax. (281) 592-1029
Attorney for Lawrence Ray Dirden II

## CERTIFICATE OF SERVICE

This is to certify that on 01 DECEMBER 2015 a true and correct copy of this petition, writ, and order were served on the Montgomery County District Attorney's Office by fax to: 936-760-6940.

/s/ Cole B. Combs

## AFFIDAVIT

Before me, the undersigned authority, on this day personally appeared Cole Benjamin Combs, who after being duly sworn stated:

I am the attorney for the petitioner in the above-entitled and numbered cause. I have read the attached petition for writ of habeas corpus and swear that all of the allegations of fact contained in it are true according to my belief.

_____
Cole B. Combs
Affiant


SUBSCRIBED AND SWORN TO BEFORE ME on the 1ST day of DECEMBER, 2015 to certify which witness my hand and official seal.

_____
Amy Boehm

Notary Public in and for the State of Texas

My commission expires: _9/29/2018_

AMY BOEHM
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires
September 29, 2018

LAWRENCE RAY DIRDEN II    CAUSE: 120100324

### ORDER OF ARREST

The foregoing Motion being heard this date, the Clerk is hereby ORDERED to issue an Alias Capias for the arrest of the Defendant herein, and that upon arrest, a copy of this Motion be served on said Defendant. Bail is set at $ _No Bond_ .

SIGNED AND ENTERED this __21__ day of __July__ , 20 _15_ .

_____
Judge Presiding

Def. Exhibit A

Cause No. 120100324



RECEIVED & FILED FOR RECORD
BARBARA ... CLERK, DISTRICT
... MONTGOMERY COUNTY, TEXAS

2015 DEC -1  AM 9:13

BY_____
DEPUTY

| LAWRENCE RAY DIRDEN II | § | IN THE DISTRICT COURT OF |
| | § | BY |
| V. | § | MONTGOMERY COUNTY, TEXAS |
| | § | |
| HONORABLE KELLY W. CASE | § | 9TH DISTRICT COURT |

## WRIT OF HABEAS CORPUS

IT IS ORDERED THAT: Lawrence Ray Dirden II is released from his illegal

confinement by the State of Texas while awaiting a hearing on the State's Motion to

Revoke Community Supervision. The petitioner is released upon the following

conditions:

1.      Immediately, without bond. / Immediately upon posting bond of $_____.

The State's Motion to Revoke Community Supervision is / is not dismissed.

SIGNED: _|_ DECEMBER 2015.

_____

JUDGE PRESIDING

Denied

No Bond

Def. Exhibit B